FILED

2006 SEP -6 PM 2:49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____RM____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Gordon Thompson, Jr.)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 90-CR-1051 |
| Plaintiff, | ) ) ) | ORDER EXONERTING CRIMINAL BOND AND RECONVEYANCE OF TRUST DEED |
| vs. | ) ) | |
| DAVID LEE BAIN, | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the criminal bond be exonerated and the following real property, located at 1650 Torrance St., San Diego, CA 92103, be released and reconveyed to David L. Bain and Adella Chevez-Bain, 1650 Torrance St., San Diego, CA 92103.

SO ORDERED.

Dated: 9-6-06

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

1 | MICHAEL PANCER
California State Bar No. 43602
2 | 105 W. "F" St. 4th Fl.
San Diego, CA 92101
3 | Telephone: (619) 236-1826
Fax: (619) 233-3221
4 |
Attorney for Defendant
5 | DAVID LEE BAIN



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LEE BAIN,<br><br>Defendant. | Case Nos. 90-CR-1022/90-CR-1051<br><br>**DECLARATION OF MICHAEL PANCER IN SUPPORT OF ORDERS EXONERATING BOND AND RECONVEYANCE OF TRUST DEED** |

Now comes Michael Pancer and states he is attorney of record for David Lee Bain in the above-entitled matter. Mr. Bain was sentenced in 1990 in the above entitled matter. He served his sentence and was released from custody. While your declarant believes the bond was exonerated at some point in time, the documents of exoneration cannot be located. The court's financial unit suggested filing new exoneration orders due to the amount of time that has passed, so the property can be freed of the lien.

Respectfully submitted,

Dated: August 24, 2006

*/s/ Michael P.*

MICHAEL PANCER
Attorney for Defendant
DAVID LEE BAIN

FILED

2006 AUG 30 AM 11: 36

RECEIVED
AUG 1 8 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.
BY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 90-CR-1022 |
| Plaintiff, | ORDER EXONERTING CRIMINAL BOND AND RECONVEYANCE OF TRUST DEED |
| vs. | |
| **DAVID LEE BAIN**, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the criminal bond be exonerated and the following real property, located at 1650 Torrance St., San Diego, CA 92103, be released and reconveyed to David L. Bain and Adella Chevez-Bain, 1650 Torrance St., San Diego, CA 92103.

SO ORDERED.

Dated: August 30, 2006

HON. GORDON THOMPSON, JR
UNITED STATES DISTRICT JUDGE